_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

**Entered on Docket
January 22, 2013**

ANGELIQUE CLARK
P.O. Box 50070
Sparks, Nevada 89435
Telephone (775) 626-7083
Telefax (775) 626-7082

**E-mail: aclarkttee@hotmail.com**

Trustee

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: | CASE NO.  BKN- 12-52051<br>CHAPTER 7 |
| **CENTENO, JUAN PABLO<br>CENTENO, JEANNETTE** | ORDER EXTENDING TIME TO OBJECT TO THE DISCHARGE OF DEBTOR(S) |
| **DEBTOR(S)**<br>_____/ | Negative Notice |

Pursuant to the Trustee's Motion for Order Extending time to Object to the Discharge of the Debtor(s), the Court finds good cause appears and concludes:

**IT IS HEREBY ORDERED** the time in which the Trustee, or the Office of the United States Trustee, may file a complaint objecting to the discharge of the Debtor(s) is hereby extended to May 15, 2013.

**IT IS FURTHER ORDERED** that should the debtor comply prior to the date set forth herein, the Trustee may file a declaration setting forth that the extension is no longer required and the discharge may be entered.

Submitted by:
Angelique Clark, Trustee

Read and Approved by The
Office of the U.S. Trustee

by:__/s/ Nicholas Strozza_____

# # #