

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

**Entered on Docket**
**July 29, 2013**

**ANGELIQUE LAMBERTI-CLARK**
P.O. Box 50070
Sparks, Nevada 89435
Telephone (775) 626-7083
E-mail: aclarkttee@hotmail.com

Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RE: | CHAPTER 7 |
| | CASE NO: 12-52051 |
| CENTENO, JUAN PABLO | ORDER COMPELLING DEBTOR TO COMPLY WITH TITLE 11, SECTION 521 (4). |
| CENTENO, JEANNETTE | |
| | Hearing Date: July 16, 2012 |
| | Hearing Time: 10:00 a.m. |
| DEBTOR(S) / | |

A hearing was held on the above-captioned date and time pursuant to the Trustee's **MOTION NOTICE FOR ORDER COMPELLING DEBTOR TO COMPLY WITH TITLE 11, SECTION 521(4)**. Having considered the Motion and representations of Trustee **ANGELIQUE LAMBERTI-CLARK** , the Court finds that good cause appears and concludes:

Notice of this hearing was proper having been given to the Debtor(s), Counsel for the Debtor(s), and the Office of the United States Trustee. Therefore;

**IT IS HEREBY ORDERED** that the Debtor(s) will complete turnover of the Debtor"s receipts for the cash withdrawals totaling $5,860.45 from July 23, 2012, to August 30, 2012, no later that August 30, 2013. The Debtor's will supply a complete copy of the Debtor's 2012 tax return when filed, and turnover the estate's interest in any refund received.

Respectfully submitted by

**ANGELIQUE LAMBERTI-CLARK**

Rule 9021 Certification

In accordance with Local Rule 9021, Trustee submitting this document certifies that the order accurately reflects the Court's ruling and that :

_____    The Court waived the requirement of approval under LR 9021(b)(1).

_____**XX**   **No Party appeared at the hearing or filed an objection to the motion**.

____ I have delivered, or emailed a copy, of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond as indicated below:

_____ I certify that this is a case under Chapter 7, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content or the order.

# # #