**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:                                                    Case No.:
                                                          Chapter:

         Debtor(s)

**AMENDMENT COVER SHEET**

The following items have been amended in the above named bankruptcy proceeding (check all applicable boxes).

    Voluntary Petition (specify reason for amendment)
    Summary of Schedules
    Statistical Summary of Certain Liabilities
    Schedule A - Real Property
    Schedule B - Personal Property
    Schedule C - Property Claimed as exempt
    Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders
        Add/delete creditor(s), change amount or classification of debt - $26.00 Fee required.
        Add/change address of already listed creditor - No fee
    Schedule G - Executory Contracts and Unexpired Leases
    Schedule H - CoDebtors
    Schedule I - Current Income of Individual Debtor(s)
    Schedule J - Current Expenditures of Individual Debtor(s)
    Declaration Concerning Debtor's Schedules
    Statement of Financial Affairs and/or Declaration
    Chapter 7 Individual Debtor's Statement of Intention
    Disclosure of Compensation of Attorney for Debtor(s)
    Statement of Current Monthly Income and Means Test Calculation
    Certification of Credit Counseling
    Other:

**Amendment of debtor(s) Social Security Number requires the filer to follow the instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's website on our website: www.nvb.uscourts.gov**

**Declaration of Debtor**

I (We) declare under penalty of perjury that the information set forth in the amendment(s) attached hereto is (are) true and correct to the best of my (our) information and belief.

Date:

                        Debtor                            Joint Debtor

**AMENDED**

In re  JUAN PABLO CENTENO & JEANNETTE CENTENO                    Case No. 12-52051
                      **Debtor**                                                                               **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash<br>Debtor's residence<br>(payroll portion) | H | 362 |
| | | Cash<br>Debtor's residence<br>(non-payroll portion) | H | 138 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account<br>El Dorado Savings Bank<br>(payroll portion) | W | 362 |
| | | Checking account<br>El Dorado Savings Bank<br>(non-payroll portion) | J | 438 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household goods<br>Debtor's residence | J | 900 |
| 5. Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing<br>Debtor's residence | J | 300 |

Bankruptcy2013 ©1991-2013, New Hope Software, Inc., ver. 4.7.2-792 - 32110-301X-***** - PDF-XChange 3.0

AMENDED

In re    JUAN PABLO CENTENO & JEANNETTE CENTENO      Case No. 12-52051
                  Debtor                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Bicycle<br>Debtor's residence | J | 75 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | 2012 IRS Refund exempt portion<br>Debtor's residence | J | 424 |
| | | 2012 IRS Refund exempt portion<br>Debtor's residence | J | 1,000 |
| | | 2012 IRS Refund remainder<br>Debtor's residence | J | 1,469 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

AMENDED

In re   JUAN PABLO CENTENO & JEANNETTE CENTENO                               Case No.  12-52051
                                    Debtor                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | | Car accident<br>atty Adam McMillen, Reno | H | 9,496 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 Suzuki Grand Vitara<br>Debtor's residence<br>(67k, good) | J | 7,398 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Dog<br>Debtor's residence | J | 0 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____ continuation sheets attached      Total   $   22,362

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/13)

AMANDED

In re   JUAN PABLO CENTENO & JEANNETTE CENTENO        Case No.  12-52051
       **Debtor**                                                                                                                        **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)    ☐ Check if debtor claims a homestead exemption that exceeds $155,675*.
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Single family residence APN: 122004512004 | (Husb)NRS §21.090.(1) (m) | 0 | 130,000 |
| Cash | (Husb)NRS §21.090.(1) (g) | 362 | 362 |
| Checking account | (Wife)NRS §21.090.(1) (g) | 362 | 362 |
| Household goods | (Husb)NRS §21.090.(1) (b) | 900 | 900 |
| Clothing | (Husb)NRS §21.090.(1) (b) | 300 | 300 |
| Bicycle | (Wife)NRS §21.090.(1) (b) | 75 | 75 |
| Car accident | (Husb)NRS §21.090.(1) (u) | 9,496 | 9,496 |
| 2007 Suzuki Grand Vitara | (Husb)NRS §21.090.(1) (f) | 1,398 | 7,398 |
| Dog | (Wife)NRS §21.090.(1) (b) | 0 | 0 |
| Cash | (Husb)N.R.S. 21.090(1)(z) | 138 | 138 |
| Checking account | (Husb)N.R.S. 21.090(1)(z) | 438 | 438 |
| 2012 IRS Refund exempt portion | (Husb)N.R.S. 21.090(1)(z) | 424 | 424 |
| 2012 IRS Refund exempt portion | (Wife)N.R.S. 21.090(1)(z) | 1,000 | 1,000 |
| | Total exemptions claimed: | 14,893 | |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.